ROBERT ABBOTT AND JAMES ABBOTT, FORMERLY TRADING UNDER THE FIRM OF ROBERT & JAMES ABBOTT, *versus* ALEXIS COQUILLARD, JR., BENJAMIN COQUILLARD, THOMAS COQUILLARD, JEAN MARIE COQUILLARD, LEONARD COQUILLARD, JULIE CHAPOTON, WIFE OF EUSTACHE CHAPOTON, EUSTACHE CHAPOTON, MARY McMULLEN, WIFE OF PATRICK McMULLEN, PATRICK McMULLEN, DAVID C. McKINSTRY, ELIZABETH GAGNIER, WIDOW AND ADMINISTRATRIX, ETC., OF CHARLES GAGNIER, DECEASED, CHARLES GAGNIER, JR., HUBERT GAGNIER, JEROME GAGNIER, ADELINE GAGNIER, LUCY GAGNIER, AND DEMITILE GAGNIER, MINOR CHILDREN AND HEIRS OF CHARLES GAGNIER, DECEASED.

JOURNAL ENTRIES (1826–30): *Journal 4:* (1) Agreement to extend time to plead, answer, or demur filed *p. 113; (2) continued *p. 116; (3) rule to plead, answer, or demur; copy of rule ordered published *p. 122; (4) motion to appoint guardian ad litem granted; rule to plead, answer, or demur *p. 122; (5) motion to set demurrer for hearing *p. 153; (6) demurrer withdrawn; leave given to plead, answer, or demur *p. 182; (7) demurrer withdrawn, continued *p. 216; (8) motion for reference to take testimony *p. 228; (9) motion to take bill as confessed *p. 233; (10) bill taken as confessed, reference to take testimony *p. 246; (11) rule of reference extended *p. 290; (12) motion for rule to answer interrogatories *p. 332; (13) rule to answer interrogatories *p. 356; (14) motion to dismiss bill, motion for reference to master *p. 359; (15) leave granted to put in further answers to interrogatories *p. 366; (16) argument heard *p. 373; (17) case argued,

submitted *p. 374; (18) referred to master *p. 400; (19) master's report confirmed nisi, decree passed nisi *p. 403; (20) rule confirming master's report made absolute, decree signed *p. 427.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) stipulation to extend time to plead, answer, or demur; (5) motion for rule to plead, answer, or demur, and for publication of rule; (6) motion for appointment of guardian ad litem; (7) copy of rule to plead, etc.; proof of service; (8) demurrer to bill, stipulation for withdrawal of demurrer; (9) affidavit of publication of notice to appear, etc.; (10–11) stipulations to extend time for answer; (12) answer of D. C. McKinstry; (13) replication to answer of D. C. McKinstry; (14) motion for reference to take testimony; (15) motion to take bill as confessed; (16) draft of decree pro confesso; (17) clerk's certificate re pleadings filed; (18) memoranda of objections to testimony; (19) deposition envelope; (20) depositions of Thomas Coquillard, Jacques Bourgeas, and Louis Peltier; (21) release marked "A"; (22) interrogatories to complainants; (23) motion for rule to answer interrogatories and to extend reference; (24) subpoena; (25) answers to interrogatories; depositions of Louis Peltier, Randall S. Rice, and Alexander D. Fraser; (26) motion to dismiss bill; (27) motion for reference to master; (28) motion for rule to answer interrogatories; (29) stipulation for taking testimony; (30) answer of Robert Abbott to interrogatories; (31) answer of James Abbott to interrogatories; (32) exception to answer of James Abbott; (33) draft of order of reference to master; (34) copy of reference to master; (35) obligation and mortgage—Alexis Coquillard to Robert and James Abbott.

*Chancery Case* 74 of 1826.